THE STATE OF NEW YORK  
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Civil Action No.: 25 Civ. 4842 (DLI)(ARL)  
Filed On: 9/2/2025

RANDY BARBOUR, on behalf of himself and all others similarily situated

-against-

BLUFOX MOBILE LLC, and CHAITANYA KRISHNA a/k/a CHETAN KRISHNA, an individual

**Affirmation of Service**  
**Suitable Age and Discretion**

STATE OF NEW YORK, COUNTY OF SUFFOLK: Patrick Buttler affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 9/5/2025 at 2:04 PM at 255 EXECUTIVE DRIVE, PLAINVIEW, NY 11803, your affirmant served the SUMMONS IN A CIVIL ACTION, COLLECTIVE ACTION COMPLAINT bearing Civil Action # 25 Civ. 4842 (DLI)(ARL) and filed date 9/2/2025 upon CHAITANYA KRISHNA a/k/a CHETAN KRISHNA, by delivering a true copy in a plain envelope marked 'personal and confidential' to a person of suitable age and discretion, to wit: CATHY TRUGLIO, EMPLOYEE - AUTHORIZED TO ACCEPT, who verified that the intended recipient actually is employed at this location.

*The process server's perception of the characteristics of the person served is as follows:*

Gender:    Female  
Race:        White  
Hair Color:    Blonde  
Approximate Age:    40 - 49  
Approximate Height:    5ft8in-5ft11in  
Approximate Weight:    Over 200 lbs  
Other Information:    Glasses

That at the time of service as aforesaid, your affirmant asked person spoken to whether the intended recipient was currently enrolled in military service or dependent on someone in the military service of the United States of America and received a negative reply. Upon such information, I aver that the named recipient is not actively enrolled in nor dependent on someone in the military service of the United States of America.

I affirm this 9th day of September, 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Patrick Buttler

---

KESSLER MATURA, P.C. RHU  
534 Broadhollow, Suite 275  
Melville, NY 11747  
Phone: 631-499-9100  
File No. 25 Civ. 4842 (DLI)(ARL)

RETURN TO: Nationwide Court Services, Inc  
761 Koehler Avenue, Suite A  
Ronkonkoma, NY 11779  
Ph: 631-981-4400  
(NCS917934) RHU 1279368

| | |
|---|---|
| THE STATE OF NEW YORK<br>UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK | Civil Action No.: 25 Civ. 4842 (DLI)(ARL)<br>Filed On: 9/2/2025 |

RANDY BARBOUR, on behalf of himself and all others similarily situated

-against-

**Affirmation of Service by Mail**

BLUFOX MOBILE LLC, and CHAITANYA KRISHNA a/k/a CHETAN KRISHNA, an individual

---

STATE OF NEW YORK, COUNTY OF SUFFOLK: Rebecca Hussey affirms that they are not a party to this action, are over 18 years of age, and reside in the State of New York.

That on 9/8/2025, your affirmant mailed a true copy of the SUMMONS IN A CIVIL ACTION, COLLECTIVE ACTION COMPLAINT by First Class Mail properly enclosed and sealed in a postpaid wrapper addressed to the recipient at: 255 EXECUTIVE DRIVE, PLAINVIEW, NY 11803 in an envelope bearing the legend "Personal and Confidential".  Said envelope was deposited in an official depository under exclusive care and custody of the U.S. Postal Service,

CHAITANYA KRISHNA a/k/a CHETAN KRISHNA
255 EXECUTIVE DRIVE
PLAINVIEW, NY  11803

I affirm this 8th day of September, 2025, under the penalties of perjury under the laws of New York, which may include fine or imprisonment that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

_Rebecca Hussey_

| | |
|---|---|
| **KESSLER MATURA, P.C.  RHU**<br>**534 Broadhollow, Suite 275**<br>**Melville,NY 11747**<br>**Phone: 631-499-9100**<br>**File No. 25 Civ. 4842 (DLI)(ARL)** | RETURN TO: Nationwide Court Services, Inc<br>761 Koehler Avenue, Suite A<br>Ronkonkoma, NY  11779<br>Ph: 631-981-4400<br>(NCS917934) RHU 1279368 |