UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
RANDY BARBOUR, on behalf of himself and all others similarly situated, :
: Case No. 2:25-cv-04842-DLI-ARL
                       Plaintiffs,
    - against -

BLUFOX MOBILE LLC, and CHAITANYA KRISHNA a/k/a CHETAN KRISHNA, an individual,

                      Defendants.
------------------------------------------------------------------- X

## NOTICE OF VOLUNTARY DISMISSSAL WITHOUT PREJUDICE

    Plaintiff, RANDY BARBOUR, by and through the undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action *without* prejudice.

Dated: Melville, New York
       October 2, 2025

Respectfully submitted,

/s/ Garrett Kaske

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA, P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone:   (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

Gregg I. Shavitz*
Camar R. Jones*
**SHAVITZ LAW GROUP, P.A.**
981 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone:   (561) 447-8888
gshavitz@shavitzlaw.com
cjones@shavitzlaw.com
*to apply for admission *pro hac vice*

***Attorneys for Plaintiff***