UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
RANDY BARBOUR, on behalf of himself and all others similarly situated,

                      Plaintiffs,

    - against -

BLUFOX MOBILE LLC, and CHAITANYA KRISHNA a/k/a CHETAN KRISHNA, an individual,

                      Defendants.
-------------------------------------------------------------------- X

Case No. 2:25-cv-04842-DLI-ARL

# DECLARATION OF GARRETT KASKE IN SUPPORT OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE AND CERTIFICATE OF SERVICE

Garrett Kaske, hereby declares under penalty of perjury:

1. I am a partner of the law firm of Kessler Matura P.C., co-counsel, along with Shavitz Law Group, P.A., for Plaintiff.

2. I am familiar with the facts and circumstances of this action.

3. Plaintiff filed a Notice of Voluntary Dismissal (ECF No. 6) on October 5. On October 3, the Court issued an Electronic Order requiring Plaintiff to (a) confirm that no settlement agreement has been reached with any of the defendants and (b) serve a copy of the Court's Electronic Order on Defendants.

4. On September 26, Defendants' attorneys, Milman Labuda Law Group, PLLC, notified Plaintiffs' counsel that they represent Defendants in this matter and provided Plaintiff's counsel a copy of an arbitration agreement Plaintiff entered into with Defendants, which covers disputes such as the FLSA claim alleged in the Complaint.

5. As a result, Plaintiff filed the Notice of Voluntary Dismissal.

6. Plaintiff has not settled any FLSA claim, in whole or in part, with any Defendant.

7. On October 5, I emailed the Court's Order Holding In Abeyance, dated October 3, 2025, on the following attorneys for Defendants by email:

Robert Milman: rob@mmmlaborlaw.com
Jamie Felsen: jamiefelsen@mllaborlaw.com
Milman Labuda Law Group, PLLC
3000 Marcus Ave., Suite 3W8
Lake Success, NY 11042

8. Thus, for the reasons set forth above, Plaintiff respectfully request that this action be dismissed without prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) as no settlement of Plaintiff's FLSA claim has been reached.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: Melville, New York
October 6, 2025

Respectfully submitted,

Troy L. Kessler
Garrett Kaske
**KESSLER MATURA, P.C.**
534 Broadhollow Road, Suite 275
Melville, NY 11747
Telephone:   (631) 499-9100
tkessler@kesslermatura.com
gkaske@kesslermatura.com

Gregg I. Shavitz*
Camar R. Jones*
**SHAVITZ LAW GROUP, P.A.**
981 Yamato Road, Suite 285
Boca Raton, Florida 33431
Telephone:   (561) 447-8888
gshavitz@shavitzlaw.com
cjones@shavitzlaw.com
*to apply for admission *pro hac vice*

***Attorneys for Plaintiff***

2